```
                                FORM IV                                      Page:    1

                            INTERIM REPORT

                          CHAPTER 07 ASSET CASE

                     REPORT FOR PERIOD ENDING: 09/30/17
_____
CASE NO:    16-32094      WS  (WILLIAM SAWYER)
CASE NAME:  NEWMAN, SHEILA
            NEWMAN, THOMAS
DATE APPOINTMENT ACCEPTED:   / /

_____
1. ASSETS ON HAND ( FROM THE ESTATE CASE RECEIPTS AND DISBURSEMENTS RECORD - FORM II )

   AT :
      CHECKING:   $          0.00     MONEY MKT:  $          0.00
      SAVINGS:    $          0.00     INVESTMENT: $          0.00
      OTHER:      $          0.00     TOTAL:      $          0.00

   THE AMOUNT OF THE TRUSTEE'S BOND IS: BLANKET
   WHICH IS SUFFICIENT TO COVER THE ASSETS LISTED ABOVE.

2. TOTAL ASSETS STILL TO BE LIQUIDATED: UNKNOWN
   ( FROM INDIVIDUAL ESTATE PROPERTY RECORD, FORM I, TOTAL OF COLUMN 6 )
   ASSETS FOR WHICH INSURANCE COVERAGE HAS BEEN OBTAINED:
```

| **DESCRIPTION** | **ESTIMATED VALUE** | **INSURANCE** |
|---|---|---|
| *** None *** | | |

```
3. PROJECTED TOTAL VALUE TO BE REALIZED: $          0.00   (TOTAL OF 1 + 2)

4. MAJOR ACTIVITIES DURING THE REPORTING PERIOD NOT REFLECTED IN THE INDIVIDUAL ESTATE
   PROPERTY RECORD AND THE CASE RECEIPTS AND DISBURSEMENTS RECORD:

   MATTERS PENDING, DATE OF HEARING OR SALE, AND OTHER ACTION:

   PA   Litigation
   07.08.17   PA report filed request for notice to creditors
   07/12/17   Litigation letter sent to attorneys
   08/21/17   Draft documents to attorneys for appointment




5. PROJECTED DATE OF FINAL REPORT: 08/08/18

          SIGNATURE OF TRUSTEE: _____
                                SUSAN SHIROCK DEPAOLA,   TRUSTEE
                                Post Office Box 6234
                                MONTGOMERY, AL 36106
                                (334) 262-1600

                                DATE: 10/06/17
```