# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 16–32094
                                                      Chapter 7

Sheila Newman and Thomas Newman,

      Debtors.

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on March 6, 2018 at 10:00 AM

to consider and act upon the following:

*67* – Motion for Turnover of Property Section 521(a)(4) filed by Susan S. DePaola on behalf of Susan S. DePaola. (DePaola, Susan)

Dated February 16, 2018

*[signature]*

Juan–Carlos Guerrero
Clerk of Court