# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Thomas Newman                             BR: **16-32094**

## AFFIDAVIT

STATE OF NEW YORK
COUNTY OF NEW YORK

    I, Mark Shapiro, being duly sworn, do hereby depose and say:

1. That I am a duly licensed attorney and member of the New York State Bar Association and I am a member of the firm of Shapiro Legal Group, PLLC and I am authorized to act on their behalf.
2. The Trustee herein seeks to employ my firm for this case and the firm is eligible for such employment under the Bankruptcy Code for the purpose set forth in the application.
3. The firm has previously represented the debtor in the matter which the Trustee seeks to pursue. The firm was not the attorney for the debtor in the filing of the petition in bankruptcy.
4. We have experience in the area of civil litigation involved in this case and are qualified and willing to represent the Trustee in this matter.
5. The firm will continue to represent the debtor as co-plaintiff with the Trustee to the extent that the debtor may have an interest in any exempt amount and/or surplus generated as a result of this litigation. I understand that the Trustee will retain control over presentation of settlement offers to the Court and this firm will not be involved in resolving any dispute between the Trustee and the debtor as to any proposed settlement.
6. Other than as set forth in paragraph 3 hereinabove, I do not have any connection with the debtor(s), creditors, any other party in interest, their respective attorneys or accountants, the U.S. Bankruptcy Administrator or any person employed in the office of the U.S. Bankruptcy Administrator.
7. The firm has agreed to share compensation with the firm of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. The allocation of fees is 90% to the firm of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. and 10% to the firm of Shapiro Legal Group, PLLC.

By: _____
      Mark Shapiro
      Shapiro Legal Group, PLLC

SWORN TO and SUBSCRIBED before me this 27th day of February, 2018.

_____
NOTARY PUBLIC
My Commission Expires 05/02/2020

RICHARD NAPPI JR
Notary Public - State of New York
NO. 01NA6341247
Qualified in Putnam County
My Commission Expires May 2, 2020